**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

TOMMY T. PORTER and
SIDNEY N. LANGLEY,

    Plaintiffs,

v.                                                                                          Case No. 21-12842

UNITED STATES DISTRICT
COURT OF THE EASTERN DISTRICT OF
MICHIGAN, et al.,

    Defendants,
_____/

**JUDGMENT**

    In accordance with the court's Opinion and Order dated January 28, 2022,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants United States District Court for the Eastern District of Michigan, et al. and against Plaintiff Tommy Porter and Plaintiff Sidney Langley. Dated at Port Huron, Michigan this 28th day of January, 2022.

                                       KINIKIA ESSIX
                                       CLERK OF THE COURT

                                       BY: s/Lisa Wagner

Dated:  January 28, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 28, 2022, by electronic and/or ordinary mail.

                                       s/Lisa Wagner_____/
                                       Case Manager and Deputy Clerk
                                       (810) 292-6522